# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

James Stokes

                          Plaintiff,

v.                                            Case No.: 1:16–cv–07131
                                                       Honorable Michael T. Mason

Chicago State University

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 31, 2018:

      MINUTE entry before the Honorable Michael T. Mason: The parties have filed their Joint Stipulation of Dismissal [48]. Accordingly, all pending deadlines and hearings before this Court are stricken. This case is dismissed with prejudice and each party shall bear its own costs and fees. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.